# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number: 08-cr-00040-MSK-01 |
| JAMES ALLEN POVEDA | USM Number: 09195-091 |
| | LaFonda Jones, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of Alcohol | 9/30/07 |
| 2 | Violation of the Law | 1/3/08 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 25, 2009
Date of Imposition of Judgment

*/s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

December 2, 2009
Date

DEFENDANT: JAMES ALLEN POVEDA  
CASE NUMBER: 08-cr-00040-MSK-01                               Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of Alcohol | 5/5/08 |
| 4 | Possession and Use of Alcohol | 9/24/08 |
| 5 | Possession and Use of Alcohol | 9/30/08 |
| 6 | Possession and Use of Alcohol | 2/5/09 |
| 7 | Failure to Comply with Rules of Residential Re-entry Center (Possession and use of Alcohol | 3/19/09 |
| 8 | Failure to Comply with Rules of Residential Re-entry Center (Possession and Use of Alcohol) | 7/1/09 |
| 9 | Failure to Comply with Rules of Residential Re-entry Center (Possession of a Cell Phone) | 7/1/09 |
| 10 | Failure to Comply with Rules of Residential Re-entry Center (Failure to Pay Subsistence) | 7/2/09 |
| 11 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 7/2/09 |

DEFENDANT:  JAMES ALLEN POVEDA
CASE NUMBER:  08-cr-00040-MSK-01               Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months.  No supervision following term of imprisonment.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal